UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JULIAN GUZMAN,<br><br>Defendant. | **UNSEALING ORDER**<br><br>25 Mag. 639 |

    Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney Ariana L. Bloom;

    It is found that the Complaint in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Complaint unsealed, and it is therefore:

    ORDERED that the Complaint in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
              October 22, 2025

                                                                                   HONORABLE STEWART D. AARON
                                                                                  UNITED STATES MAGISTRATE JUDGE
                                                                                   SOUTHERN DISTRICT OF NEW YORK